# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-134-088

**Effective Date of Registration:**
January 15, 2019

---

### Title

    **Title of Work:** Mr Beast

### Completion/Publication

    **Year of Completion:** 2018
    **Date of 1st Publication:** April 24, 2018
    **Nation of 1st Publication:** United States

### Author

    • **Author:** Moby Dick Unlimited, LLC
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Citizen of:** United States

### Copyright Claimant

    **Copyright Claimant:** Mrbeastyoutube, LLC
    740 SE Greenville Boulevard, Suite 400-163, Greenville, NC, 27858, United States
    **Transfer statement:** By written agreement

### Rights and Permissions

    **Organization Name:** Coats & Bennett, P.L.L.C.
    **Name:** David E. Bennett
    **Email:** jsleeper@coatsandbennett.com
    **Telephone:** (919)854-1844
    **Address:** 1400 Crescent Green
    Suite300
    Cary, NC 27518 United States

### Certification



**Name:** David E. Bennett
**Date:** January 15, 2019
**Applicant's Tracking Number:** 7696-005